Continental & Commercial National Bank of Chicago, appellee, v. Israel Perlman and Morris Perlman, appellants. Gen. No. 30,222.

Action upon promissory notes. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Lewis, Adler, Lederer & Kahn and William Friedman, for appellants; James Hamilton Lewis, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Women and Children's Hospital of Chicago, appellant, v. Rose Marabia and Aaron R. Eppstein, appellees. Gen. No. 30,362.

Bill to vacate judgment recovered in action at law. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Gardner, Foote, Burns & Morrow and Angus Roy Shannon, for appellant; Walter M. Fowler, of counsel. Aaron R. Eppstein, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

S. Ward-Hamilton Company, appellant, v. Hibbard Spencer Bartlett Company, appellee. Gen. No. 30,495.

Bill for injunction. Order assessing damages following dissolution of temporary injunction. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

James A. Tracy, for appellant. Mayer, Meyer, Austrian & Platt, for appellee; Carl Meyer and Paul M. Godehn, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Joy Morton, appellee, v. Central Press Printing Company, appellant. Gen. No. 30,659.

Judgment by confession under power granted by terms of lease. Order denying motion to vacate judgment. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

Arthur R. Wolfe, for appellant. Edward E. Melum, for appellee; L. J. Haigler, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.